October 27, 1978

395 A.2d 1002

Commonwealth v. Alvarez, Appellant.

Submitted December 6, 1977. John A. O'Brien, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.